**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| TARSHA RAY | |
| | NO. 09-16262 |
| DEBTOR | JUDGE:  Hollis |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents U.S. Bank, N.A. c/o BAC Home Loans Servicing LP fka Countrywide in your Chapter 13 case number 09-16262.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of 07/07/2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 05/2011 – 07/2011 monthly payments at $731.53 each | = | $2,194.59 |
| Outstanding late charge balance $21.53 | = | $21.53 |
| TOTAL | = | $2,216.12 |

Respectfully submitted,

 /s/ Christopher R. Murphy
Attorney for U.S. Bank, N.A. c/o BAC Home Loans Servicing LP fka Countrywide

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-022098

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**